FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 AUG -1 P 2: 55

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| PLAINTIFF | ) | 3:08 CR006 |
| VS. | ) | |
| | ) | |
| EDDIE LEE CARSWELL, | ) | |
| | ) | |
| DEFENDANT | ) | |
| | ) | |

## ORDER FOR LEAVE OF ABSENCE

Upon consideration of the Motion for Leave of Absence filed by Mukti Patel in the above listed case on behalf of the Defendant, EDDIE LEE CARSWELL, for the dates of August 1-11, 2016, for a family vacation, the same is hereby GRANTED.

This 1st day of August, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA